


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BATTCO CONSTRUCTION AND MAINTENANCE, INC., | * * * | |
| versus | * * | MI No.: **1 10-MI-0178** Pending in United States District Court, |
| HUDSON CONSTRUCTION COMPANY, and | * * * | Eastern District of Louisiana, No. 09-7171 "F-3" |
| WAL-MART STORES, INC. | * * | |

## ORDER

CONSIDERING the foregoing Motion to Compel the Appearance of Mr. Robert B. Howe to Testify at Deposition, filed by plaintiff Battco Construction and Maintenance, Inc., in this matter,

**IT IS ORDERED** that Mr. Robert B. Howe appear on the 25th day of October, 2010, at 10:00 am Eastern, at the following location:

> Hearing Room No. 2, Fourth Floor
> Douglas County Courthouse
> 8700 Hospital Drive
> Douglasville, Georgia 30134,

so that his deposition may be taken in the captioned matter.

Signed in Atlanta, Georgia, this ____ day of _____, 2010.

_____
**JUDGE**

1